UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x

UNITED STATES OF AMERICA
 -v-

Khaliq Zaman,
 **Defendant.**
-----------------------------------------x

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER: CR-03-824(FB)
JOSHUA DRATEL, ESQ.
14 WALL STREET, 28 FLOOR
NEW YORK, NY 10005
Defendant's Attorney & Address

**THE DEFENDANT:** Khaliq Zaman
 **XX** pleaded guilty to count ONE OF AN INFORMATION.

Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| T. 18 USC 152 | THE DEFENDANT DID KNOWINGLY AND INTENTIONALLY MAKE A FALSE STATEMENT UNDER PENALTY OF PERJURY. | 1 |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

 **XX** It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00 which shall be due immediately :

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 day of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

**Defendant's Soc. Sec #**____          _____ .

AUGUST 16, 2005
Date of Imposition of Sentence

**Defendant's Mailing Address:**
2025 70 STREET, APT. 1FL

BROOKLYN, NY 11204

THE HONORABLE FREDERIC BLOCK

January 3, 2006
Date

A TRUE COPY ATTEST
Date: 1/3/66
ROBERT C. HEINEMANN
CLERK OF COURT

By: /s/
MIKE J. INNELLI
DEPUTY CLERK

**Defendant:** Khaliq Zaman
**Case Number:** CR-03-824(FB)

## PROBATION

The defendant is hereby placed on probation for a term of THREE (3) YEARS WITH THE FOLLOWING SPECIAL CONDITIONS: (1) THE DEFENDANT SHALL SERVE TWO (2) MONTHS OF HOME CONFINEMENT AND PAY THE COST OF SUCH CONFINEMENT. THE DEFENDANT HAS PERMISSION TO VISIT HIS CHILD.; (2) THE DEFENDANT SHALL MAKE FULL FINANCIAL DISCLOSURES TO THE PROBATION DEPARTMENT, AND (3) THE DEFENDANT SHALL COMPLY WITH THE RESTITUTION ORDERED IN THIS JUDGMENT.

While on probation, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this Judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

**Defendant:** Khaliq Zaman
**Case Number:** CR-03-824(FB)

## RESTITUTION

RESTITUTION IS ORDERED IN THE TOTAL SUM OF $96,316.38. THE RESTITUTION SHALL BE PAID AT THE RATE OF 10% OF HIS NET MONTHLY INCOME, AFTER CHILD SUPPORT IS DEDUCTED. PAYMENTS SHALL COMMENCE ONE MONTH AFTER THE DATE OF THIS JUDGMENT AND SHALL BE SENT TO THE CLERK OF THE COURT WHO SHALL PERIODICALLY REMIT SUCH MONIES PROPORTIONALLY TO THE FOLLOWING VICTIMS:

$12,883.77 TO PEOPLE'S BANK VISA, P.O. BOX 10311, STAMFORD, CT. 06904, ACCT 4495731751566815;

$19,430.24 TO AMERICAN EXPRESS SMALL BUSINESS SERVICES LINE OF CREDIT, P.O. BOX 297884, FT. LAUDERDALE, FL. 33329. ACCT # 372503592911005;

$8,547.65 TO AMERICAN EXPRESS SMALL BUSINESS SERVICES CORPORATE OPTIMA PLATINUM CARD, SUITE 0002, CHICAGO, ILL. 60679-0002. ACCT.# 372265990011008;

$11,492.37 TO FLEET MASTERCARD, RESURGENT CAPITAL SERVICES, P.O. BOX 1058 GREENVILLE, SOUTH CAROLINA 29615. ACCT# 5420969008109669

$13,472.51 TO DISCOVER PLATINUM CARD, RESURGENT CAPITAL SERVICES, P.O. BOX 1058 GREENVILLE, SOUTH CAROLINA 29615. ACCT# 6011002310244637

$9,872.58 TO DISCOVER PRIVATE ISSUE, RESURGENT CAPITAL SERVICES, P.O. BOX 1058 GREENVILLE, SOUTH CAROLINA 29615. ACCT# 6011300300109848

$3,178.69 TO BELL ATLANTIC VISA, B-LINE, 2101 FOURTH AVENUE, SEATTLE, WASHINGTON 98121-2352. ACCT# 4032110020174562

$17,438.57 TO FIRST USA MASTERCARD, B-LINE, 2101 FOURTH AVENUE, SEATTLE WASHINGTON 98121-2352. ACCT# 5417122655450367

Defendant: Khaliq Zaman
Case Number: CR-03-824(FB)

## STANDARD CONDITIONS OF SUPERVISION

**While the defendant is on probation or supervised release pursuant to this Judgment:**

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**These conditions are in addition to any other conditions imposed by this Judgment.**